IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SACRAMENTO AREA ELECTRICAL WORKERS TRUST FUNDS,<br><br>           Plaintiff(s),<br>     v.<br><br>MARLON HETTINGER,<br><br>           Defendant(s).<br>_____/ | NO. C 11-00771 EJD<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO WITHDRAW REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT JASON ANDREWS**<br><br>[RE: Docket Item Nos. 14 and 16] |

This matter comes before the Court on Plaintiff Sacramento Area Electrical Workers Trust Funds's ("Plaintiff") Request to Withdraw Request for Entry of Default Against Defendant Jason Andrews. Upon consideration of the administrative request and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Request for Entry of Default Against Defendant Jason Andrews, filed on June 1, 2011, is hereby **WITHDRAWN**.

**IT IS SO ORDERED.**

Dated: June 7, 2011

                                                                                         _____
                                                                                         EDWARD J. DAVILA
                                                                                         United States District Judge