RICHARD K. GROSBOLL, Bar No. 99729
BENJAMIN K. LUNCH, Bar No. 246015
CHLOE QUAIL, Bar No. 262797
NEYHART, ANDERSON, FLYNN & GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104-6702
TEL: (415) 677-9440
FAX: (415) 677-9445
Email: cquail@neyhartlaw.com

Attorneys for Plaintiff

**IT IS SO ORDERED**
Judge Edward J. Davila
6/14/2011

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL UNION NO. 340 SACRAMENTO AREA ELECTRICAL WORKERS TRUST FUNDS,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARLON HETTINGER, an individual, dba HETTINGER ELECTRIC and JASON ANDREWS, an individual,<br><br>    Defendants. | Case No.   11-cv-00771-EJD<br><br>**NOTICE OF DISMISSAL** |

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

Case No.   **11-cv-00771-EJD**
**NOTICE OF DISMISSAL**

1
2   NOTICE IS HEREBY GIVEN THAT pursuant to Fed.R.Civ.Pro. 41(a)(1), Plaintiffs
3   voluntarily dismiss the above-captioned action without prejudice.
4   The Clerk shall close this file.
5
6   Dated: June 10, 2011                           Respectfully Submitted,
7
8                                                  NEYHART, ANDERSON, FLYNN & GROSBOLL
9
                                                   By:    /s/ Chloe Quail
10                                                        CHLOE QUAIL
                                                          Attorneys for Plaintiffs
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

Case No.   11-cv-00771-EJD
NOTICE OF DISMISSAL

## PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

    I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 369 Pine Street, Suite 800, San Francisco, California 94104. On June 10, 2011, I served the within:

### NOTICE OF DISMISSAL

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California addressed as follows:

Hettinger Electric
PO Box 1563
Cottonwood, CA 96022

Jason Andrews
3649 Oak Briar Lane
Cottonwood, CA 96022

    I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 10, 2011 at San Francisco, California.

                  ___/s/___Chloe Quail_____

                       CHLOE QUAIL